1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | HOANG MINH LE, an individual,               ) Case No.: 5:23-cv-01750-WLH-JPR
12 |                 Plaintiff,                  )
   |                                             ) **NOTICE OF CONDITIONAL**
13 |          vs.                                ) **SETTLEMENT**
   |                                             )
14 | IRWINDALE 4TH STREET                        )
   | ASSOCIATES LLC, a limited liability         )
15 | company;                                    )
   |                                             )
16 |                                             )
   |                 Defendants.                 )
17 |                                             )

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONDITIONAL SETTLEMENT**
**5:23-CV-01750-WLH-JPR**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 12, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le